UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT SANTERRE, :
:
Plaintiff, :
:
v. : Civ. No. 3:10-cv-434-VLB
:
ACCOUNTS RECEIVABLE MANAGEMENT, :
INC.; and DOES 1-10, INCLUSIVE, :
:
Defendants. :
:

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants, Accounts Receivable Management, Inc., with prejudice and without costs or attorney's fees to any party.

| The Plaintiff, | The Defendant, |
|---|---|
| Robert Santerre | Accounts Receivable Management, Inc. |
| By _____ | By: _____ |
| Sergei Lemberg, Esq. (ct425027) | Jonathan D. Elliot, Esq. (ct05762) |
| Lemberg & Associates, L.L.C. | Zeldes, Needle & Cooper, P.C. |
| 1100 Summer St., 3rd Floor | 1000 Lafayette Boulevard |
| Stamford, CT 06905 | Bridgeport, CT 06604 |
| Tel: 203-653-2250 | Tel: 203-333-9441 |

_____

SO ORDERED

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 25, 2010, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        /s/ Sergei Lemberg
                                                         Sergei Lemberg, Esq.